# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LEDESMA, an individual, and MICHELLE CARDENAS, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24−cv−05449−WLH−SK<br><br>*Assigned to Judge Wesley L. Hsu*<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 [11]**<br><br>Action Filed:    November 16, 2023<br>Trial Date:       None Set<br><br>Removal Date:  June 27, 2024 |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

    Plaintiffs Jorge Ledesma and Michelle Cardenas ("Plaintiffs"), having accepted Defendant Nissan North America, Inc.'s ("Nissan" or "Defendant") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, submit the following Proposed Judgment:

    1. Plaintiffs Jorge Ledesma and Michelle Cardenas ("Plaintiffs") will surrender the 2023 Nissan Kicks, VIN 3N1CP5BV6PL475392 ("Subject Vehicle"), in which they have a unity of interest, with clear title, free and clear of all liens and

encumbrances, other than any outstanding loan amounts, which Nissan will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this Offer. Plaintiffs will deliver the Subject Vehicle to Nissan at a date, time, and place mutually agreeable and will provide the financial documents required to transfer title and a copy of this signed offer in advance of the surrender.

2. Nissan will pay Plaintiffs $47,210.28 and fees by motion, inclusive of civil penalties, incidental, and consequential damages. Plaintiffs will provide Nissan with current payoff information on any active installment loan on the Subject Vehicle and, deducting from the amount above, Nissan will pay the remaining balance directly to the lender, discharging the installment loan on the Subject Vehicle. The settlement check(s) shall be sent by Nissan within 3 days after surrender of the Subject Vehicle.

3. In addition to the amount to be paid under paragraph 2, Nissan agrees that Plaintiffs may seek an award of Plaintiffs' reasonable attorneys' fees and costs, if any, reasonably incurred in connection with this action and recoverable in this case through the date on which this Offer is made, in an amount to be determined by the Court, except that Plaintiffs may recover for fees and costs reasonably and actually incurred in bringing such a fee/cost motion. Nissan will pay the attorneys' fees and cost amounts determined by the Court within 30 days' notice of the Court's ruling on same.

4. Plaintiffs will dismiss this action with prejudice within 14 days after Plaintiffs' counsel has received all funds owed pursuant to this Offer.

Dated: 8/7/2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE